# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY CIVIL DIVISION

MAVERICK MANUFACTURING, LLC, a
Wisconsin limited liability company,

        Plaintiff,           CASE NO. **05-C-1094**

vs.

CONFIDENTIAL DATA SYSTEMS, INC., a
Foreign corporation,

        Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This court having considered the motion of HANAWAY ROSS, S.C., to allow it to withdraw as counsel of record for Defendant herein, and the accompanying affidavit of Attorney Randall L. Gast attached thereto;

IT IS ORDERED that the law firm of HANAWAY ROSS, S.C., is hereby permitted to withdraw as counsel for the Defendant in the captioned cause and shall have no further responsibility for representation of Defendant herein. Defendant is further ordered and required to answer or otherwise plead to the Amended Complaint within twenty (20) days of the date of this order. Failing the filing of a proper responsive pleading, the Court would entertain a motion for default filing from the Plaintiff.

Dated this __14th__ day of April, 2006.

                              BY THE COURT:

                              s/ William C. Griesbach
                              The Honorable William Griesbach
                              U.S. District Court